IN RE:            Case No. _____

**RODRIGUEZ CANDELARIO, ISMAEL**      Chapter **13**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **7/12/2010**      ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION     Filed by: ☐ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ **300.00** x | **5** | = $ | **1,500.00** |
| $ **320.00** x | **12** | = $ | **3,840.00** |
| $ **340.00** x | **12** | = $ | **4,080.00** |
| $ **360.00** x | **12** | = $ | **4,320.00** |
| $ **380.00** x | **12** | = $ | **4,560.00** |

TOTAL: $ **21,100.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **21,100.00**

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,954.00**

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL**   Cr. **DORAL FINANCIAL**   Cr. _____
# **0030063582**    # **0030063583**    # _____
$ **8,976.23**    $ **130.47**    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL FINANCIAL    DORAL FINANCIAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
             ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**DEBTOR'S ONLY INCOME IS FROM SOCIAL SECURITY THEREFORE NO CHRISTMAS BONUS IS RECEIVED NOR ANY TAX RETURNS.**

Signed: **/s/ RODRIGUEZ CANDELARIO, ISMAEL**
Debtor

_____
Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**     Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only