IN RE:                                                      CASE NO. 10-06394-ESL
ISMAEL RODRIGUEZ CANDELARIO

                                                            CHAPTER 13

            DEBTOR (S)

# TRUSTEE'S UNFAVORABLE REPORT
## ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**          Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0**       **R2016 STM. $3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,954.00     Fees paid: $1,375.60     Fees Outstanding: $1,578.40**

With respect to the proposed (amended) Plan dated: **4/8/2011** (Dkt 17)**.**          Plan Base: **12,995.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Insufficiently Funded to pay 100% of §507 priority claims.[§1322(a)(2)]
    Proposed plan is insufficiently funded to pay claim filed the Department of Treasury. The minimum base for this case is $13,150.00.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

    In San Juan, Puerto Rico this April 14, 2011.


                                        /s/ Jose R. Carrion
                                        _____
                                        /s/ Jose R. Carrion

                                        _____
                                        JOSE R. CARRION
                                        CHAPTER 13 TRUSTEE
                                        PO Box 9023884, San Juan, PR 00902-3884
JQA                                     Tel. (787) 977-3535  Fax  (787) 977-3550