# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 10-06394 ESL |
|---|---|
| ISMAEL RODRIGUEZ CANDELARIO | CHAPTER 13 ASSET CASE |
| DEBTOR(S) | |

## DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE

**THE HONORABLE COURT:**

**COMES NOW**, Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

   **a. Debtor's wife died and he had some extraordinary expenses plus los of income died to the passing away of his wife.**

3. Debtor (s) amend plan call three (3) payments of $300.00, one (1) payment of $0.00, one (1) payment of $300.00, one (1) payment of $0.00, one payment of $320.00, one (1) payments of $0.00 and fifty (50) payment of 240.00 for a total base of $13,745.00 dollars with a provision for the payment to paid secured arrears to Doral Financial, account ending number-3582 and Doral Financial, account ending number-3583.

4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules.

**WHEREFORE**, Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

ISMAEL RODRIGUEZ CANDELARIO
CASE NO.: 10-06394 ESL
Page 2
DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE

## NOTICE

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 20th, day of May 2011.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:  Case No. **10-06394 ESL**

**RODRIGUEZ CANDELARIO, ISMAEL**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED:  ☑ AMENDED PLAN DATED: 5/20/2011
☑ PRE ☐ POST-CONFIRMATION  Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | | |
|---|---|---|---|---|
| $ | 300.00 x | 3 = $ | | 900.00 |
| $ | 0.00 x | 1 = $ | | 0.00 |
| $ | 300.00 x | 1 = $ | | 300.00 |
| $ | 0.00 x | 1 = $ | | 0.00 |
| $ | 320.00 x | 1 = $ | | 320.00 |

See attachment
TOTAL: $ 13,745.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 13,745.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $  **2,954.00**
Additional Fees        350.00
Balance              $3,304.00

Signed: **/s/ RODRIGUEZ CANDELARIO, ISMAEL**
Debtor


Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR  $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL** ( Cr. **DORAL FINANCIAL** ( Cr.
# **3582**         # **3583**         #
$    **5,845.00**  $    **2,022.00**  $
2. ☐ Trustee pays IN FULL Secured Claims:
Cr.           Cr.           Cr.
#             #             #
$             $             $
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr.           Cr.           Cr.
#             #             #
$             $             $
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
   **DORAL FINANCIAL (    DORAL FINANCIAL (**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
          ☐ Paid 100% / ☐ Other: _____
Cr.           Cr.           Cr.
#             #             #
$             $             $
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**


**DEBTOR'S ONLY INCOME IS FROM SOCIAL SECURITY THEREFORE NO CHRISTMAS BONUS IS RECEIVED NOR ANY TAX RETURNS.**

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**      Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

Additional payments schedules

| | | |
|---|---|---|
| $ 0.00 | x 1 = | $ 0.00 |
| $225.00 | x 1 = | $ 225.00 |
| $ 0.00 | x 1 = | $ 0.00 |
| $240.00 | x 50 = | $12,000.00 |
| Total: | | $12,225.00 |

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**10-06394-ESL13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor MILDRED FIGUERAS FIGUEROA
valdeslaw@prtc.net

**I HEREBY CERTIFY**: That I have mailed by regular mail to all creditors listed.

**10-06394-ESL13 Notice will not be electronically mailed to:**

ASSOCIATES FINANCE BANKRUPTCY
PO BOX 1616
BAYAMON, PR 00960

BANCO POPULAR DE PR
PO BOX 36-6818
SAN JUAN, PR 00936-6818

BBVA BANCO
PO BOX 71113
SAN JUAN, PR 00936-1113

CITIBANK
PO BOX 6003
HAGERSTOWN, MD 21747-6003

COMMOLOCO
PO BOX 1886
CAROLINA, PR 00984-1886

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR 00918

DORAL FINANCIAL CORPORATION
PO BOX 71529
SAN JUAN, PR 00936-8629

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

FIRST NATIONAL BANK
B LINE LLC
2101 4TH AVE STE 900
SEATTLE, WA 98121

MBNA
PO BOX 15019
WILLMINGTON, DE 19886-5019

NCO FINANCIAL SYSTEMS OF PUERTO RICO
PO BOX 192478
HATO REY, PR 00918

PUERTO RICO TELEPHONE COMPANY
PO BOX 360998
SAN JUAN, PR 00936

VERIZON WIRELESS
BANKRUPTCY DEPARTMENT
PO BOX 3397
BLOOMINGTON, IL 61702

WESTERN AUTO
PO BOX 609
MEMPHIS, TN 38101-0609